# UNITED STATES DISTRICT COURT
# SOUTHERN DISTIRICT OF FLORIDA

JOSEPH AGOSTINO,

    Plaintiff,

v.                                                    Case No.: 0:16-cv-60391-KMM

FITNESS INTERNATIONAL, LLC,
d/b/a LA FITNESS,
a foreign limited liability company,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

COMES NOW, Plaintiff JOSEPH AGOSTINO ("Plaintiff"), by and through its undersigned counsel, and hereby gives notice that Plaintiff and Defendant have reached an agreement for settlement, and are in the process of finalizing the settlement agreement.

Dated: April 22, 2016

                                                Respectfully submitted by:

                                                **KUHN LEGAL, P.A.**
                                                4835 Hollywood Boulevard, Suite 4
                                                Hollywood, FL 33021
                                                Telephone: (954) 918-3539
                                                Facsimile: (954) 337-0480

                                By:    __/s/ Clayton Kuhn_____
                                                CLAYTON T. KUHN, ESQ.
                                                Fla. Bar No.: 97982

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Clayton T. Kuhn*