# UNITED STATES DISTRICT COURT
# SOUTHERN DISTIRICT OF FLORIDA

JOSEPH AGOSTINO,

    Plaintiff,

v.                                          Case No.: 0:16-cv-60391-KMM

FITNESS INTERNATIONAL, LLC,
d/b/a LA FITNESS,
a foreign limited liability company,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff JOSEPH AGOSTINO ("Plaintiff"), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and gives notice that the above captioned matter is hereby dismissed with prejudice.

Dated: May 6, 2016

                                                  Respectfully submitted by:

                                                  **KUHN LEGAL, P.A.**
                                                  4835 Hollywood Boulevard, Suite 4
                                                  Hollywood, FL 33021
                                                  Telephone: (954) 918-3539
                                                  Facsimile: (954) 337-0480

                               By:    ___/s/ *Clayton Kuhn*_____
                                                  CLAYTON T. KUHN, ESQ.
                                                  Fla. Bar No.: 97982

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Clayton Kuhn*